IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMANDA BENSON,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF LINCOLN, a political subdivision; CHRIS BEUTLER, TOM CASADY, DOUG MCDANIEL, TIM LINKE, LEO BENES, ERIC JONES, DARREN MERRYMAN, and SHAWN MAHLER,<br><br>    Defendants. | **4:18CV3127**<br><br>**ORDER** |

  IT IS ORDERED that the motion to withdraw filed by Elizabeth D. Elliott, as counsel of record for Defendants, (Filing No. 44), is granted. Elizabeth D. Elliott shall no longer receive electronic notice in this case.

  Dated this 5th day of February, 2020.

                 BY THE COURT:

                 *s/ Cheryl R. Zwart*
                 United States Magistrate Judge