IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

AMANDA BENSON,

    Plaintiff,

vs.

CITY OF LINCOLN, a political subdivision; CHRIS BEUTLER, TOM CASADY, DOUG MCDANIEL, TIM LINKE, LEO BENES, ERIC JONES, DARREN MERRYMAN, and SHAWN MAHLER,

    Defendants.

4:18CV3127

**AMENDED PROGRESSION ORDER**

IT IS ORDERED that the parties' joint stipulation for extension of progression deadlines (Filing No. 62) is granted and the final progression order is amended as follows:

1) The deadlines for moving to amend pleadings or add parties is June 1, 2020.

2) The deadlines for identifying expert witnesses expected to testify at the trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

    For the plaintiff(s):    June 19, 2020.
    For the defendant(s):    July 10, 2020.

3) The deadline for complete expert disclosures[1] for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-

---

[1] While treating medical and mental health care providers are generally not considered "specially retained experts," not all their opinions relate to the care and treatment of a patient. Their opinion testimony is limited to what is stated within their treatment documentation. As to each such expert, any opinions which are not stated within that expert's treatment records and reports must be separately and timely disclosed.

       retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), is July 31, 2020.

4)     The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report and with other deadlines set by previous orders of progression that are not inconsistent with this order.

5)     All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 1st day of May, 2020.

                                            BY THE COURT:

                                            *s/ Cheryl R. Zwart*
                                            United States Magistrate Judge