IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMANDA BENSON,<br><br>         Plaintiff,<br><br>    vs.<br><br>CITY OF LINCOLN, a political subdivision; CHRIS BEUTLER, TOM CASADY, DOUG MCDANIEL, TIM LINKE, LEO BENES, ERIC JONES, DARREN MERRYMAN, and SHAWN MAHLER,<br><br>         Defendants. | 4:18CV3127<br><br>**ORDER** |

Plaintiff has filed a Motion for Preliminary Injunction and Request for Hearing (Filing 112).

IT IS ORDERED:

1. Defendants' response to Plaintiff's Motion for Preliminary Injunction and Request for Hearing (Filing 112) shall be filed on or before June 25, 2021.

2. Plaintiff's reply to Defendants' response shall be filed on or before July 2, 2021.

3. Following receipt of the parties' written materials, the court may or may not hold an evidentiary hearing.

DATED this 14th day of June, 2021.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge