IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

AMANDA BENSON,

    Plaintiff,

vs.

CITY OF LINCOLN, a political subdivision; CHRIS BEUTLER; TOM CASADY; DOUG MCDANIEL; TIM LINK; LEO BENES; ERIC JONES; DARREN MERRYMAN; and SHAWN MAHLER,

    Defendants.

4:18CV3127

ORDER

IT IS ORDERED:

1. Defendants' Motion for Extension of Time (Filing 121) to Respond to Plaintiff's Motion for Preliminary Injunction (Filing 112) is granted;

2. Defendants' response to Plaintiff's Motion for Preliminary Injunction (Filing 112) shall be filed on or before July 16, 2021;

3. Plaintiff's reply to Defendants' response to Plaintiff's Motion for Preliminary Injunction (Filing 112) shall be filed on or before July 23, 2021.

DATED this 23rd day of June, 2021.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge