IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| AMANDA BENSON, | |
|---|---|
| Plaintiff, | 4:18CV3127 |
| vs. | |
| CITY OF LINCOLN, a political subdivision; CHRIS BEUTLER; TOM CASADY; DOUG MCDANIE; TIM LINKE; LEO BENES; ERIC JONES; DARREN MERRYMAN; and SHAWN MAHLER, | ORDER |
| Defendants. | |

IT IS ORDERED that Plaintiff's Motion for Reconsideration (Filing 124) of the court's prior Memorandum and Order (Filing 123) is denied.

DATED this 24th day of June, 2021.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge