# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AMANDA BENSON, | ) | Case No. 4:18-cv-3127 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| THE CITY OF LINCOLN, a political subdivision, CHRIS BEUTLER, TOM CASADY, DOUG MCDANIEL, TIM LINKE, LEO BENES, ERIC JONES, DARREN MERRYMAN, and SHAWN MAHLER, | ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

1.  The parties' Joint Stipulation (Filing 219) to Extend Deadline for Filing Objections to Magistrate Nelson's Orders (Filings 216 & 217) is granted.

2.  The deadline for parties to file any objections in connection with the Magistrate's rulings in Filings 216 and 217 is extended from February 25, 2022, to March 4, 2022.

3.  The Clerk of Court shall terminate the parties' Joint Stipulation (Filing 219) as a pending motion.

DATED this 24th day of February, 2022.

BY THE COURT:

_Richard G. Kopf_
_____
Richard G. Kopf
Senior United States District Judge

1