# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AMANDA BENSON, | ) | Case No. 4:18-cv-3127 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| THE CITY OF LINCOLN, a political subdivision, CHRIS BEUTLER, TOM CASADY, DOUG MCDANIEL, TIM LINKE, LEO BENES, ERIC JONES, DARREN MERRYMAN, and SHAWN MAHLER, | ) ) ) ) ) ) ) | |
| Defendants. | | |

IT IS ORDERED THAT the parties' Joint Stipulation to Extend Deadline for Filing Objections to Magistrate Nelson's Orders (Filing 223) is granted, and the deadline for parties to file any objections in connection with the Magistrate's rulings in Filings 217 and 218 is extended from March 4, 2022, to March 11, 2022.

DATED this 3rd day of March, 2022.

BY THE COURT:

*Richard G. Kopf*

_____
Richard G. Kopf
Senior United States District Judge

1