# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AMANDA BENSON, | ) | Case No. 4:18CV3127 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **ORDER** |
| THE CITY OF LINCOLN, a political subdivision, CHRIS BEUTLER, TOM CASADY, DOUG MCDANIEL, TIM LINKE, LEO BENES, ERIC JONES, DARREN MERRYMAN, and SHAWN MAHLER, | ) ) ) ) ) ) ) | |
| Defendants. | | |

The parties' Joint Stipulation to Extend Deadline for Filing Objections to Magistrate Nelson's Orders (Doc. 217 and 218) is granted and deadlines extended as follows:

1. The deadline for parties to file any objections in connection with the Magistrate's rulings for Doc. 217 and 218 has been extended from March 11, 2022, to March 14, 2022.

DATED this 14th day of March, 2022.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge

1