# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMANDA BENSON,<br><br>                Plaintiff,<br><br>vs.<br><br>CITY OF LINCOLN, a political subdivision; CHRIS BEUTLER, TOM CASADY, DOUG MCDANIEL, TIM LINKE, LEO BENES, ERIC JONES, DARREN MERRYMAN, and SHAWN MAHLER,<br><br>                Defendants. | 4:18CV3127<br><br>**THIRD AMENDED<br>CASE PROGRESSION ORDER** |

This matter comes before the Court on the parties' Joint Motion and Stipulation to Extend Progression Order Deadlines (Filing No. 265). After review of the parties' motion, the Court finds good cause to grant the requested extensions. Accordingly,

**IT IS ORDERED** that the Joint Motion and Stipulation to Extend Progression Order Deadlines (Filing No. 265) is granted, and the second amended final progression order is amended as follows:

1) The planning conference scheduled for May 2, 2022, is cancelled. A planning conference to discuss case progression, dispositive motions, the parties' interest in settlement, and the trial and pretrial conference settings will be held with the undersigned magistrate judge on **July 1, 2022**, at **11:30 a.m.** by telephone. Counsel shall use the case conference instructions to participate in the conference. (Filing No. 192).

2) The deadline for filing motions to dismiss and motions for summary judgment is **August 1, 2022**. Pursuant to the parties' agreement, depositions of liability witnesses necessary to resolve a motion for summary judgment shall be completed prior to this deadline.

3) The deposition deadline for witnesses not necessary to resolve a motion for summary judgment is **August 30, 2022**.

4) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is **September 14, 2022**.

5) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

6)     All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 20th day of April, 2022.

                                      BY THE COURT:

                                      s/Michael D. Nelson
                                      United States Magistrate Judge